# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN PRESBURY<br>*Plaintiff - pro se* | : CIVIL ACTION<br>:<br>: NO. 16-4949 |
| v. | : |
| MICHAEL WENEROWICZ, *et al.*<br>*Defendants* | : |

## ORDER

**AND NOW**, this 2nd day of November 2017, upon consideration of the *partial motion to dismiss* filed collectively by Defendants Michael Wenerowicz, Cynthia Link, Mary Canino, Anthony Kot, Jay Lane, [ECF 25], the *partial motion to dismiss* of Defendant Thomas Dohman, [ECF 29], Plaintiff's oppositions thereto, [ECF 26, 30], and the allegations contained in Plaintiff's amended complaint, [ECF 17], it is hereby **ORDERED** that the motions to dismiss, [ECF 25 and 29], are **GRANTED**.

It is further **ORDERED** that:

(1) all claims asserted against Defendants Michael Wenerowicz, Cynthia Link, Mary Canino and Anthony Kot are dismissed; and,

(2) all claims asserted against Defendants Jay Lane and Thomas Dohman in their official capacities *only* are dismissed.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*