# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALAN PRESBURY** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 16-4949** |
| **v.** | : | |
| | : | |
| **THOMAS DOHMAN,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13ᵗʰ day of October 2021, upon consideration of the *motion for summary judgment*, [ECF 58], filed by Defendants Thomas Dohman and Jay Lane, and Plaintiff Alan Presbury's response in opposition thereto, [ECF 64], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendants Thomas Dohman and Jay Lane and against Plaintiff Alan Presbury.

                                        **BY THE COURT:**


                                        /s/ *Nitza I. Quiñones Alejandro*
                                        **NITZA I. QUIÑONES ALEJANDRO**
                                        *Judge, United States District Court*